**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

**SAVILLS STUDLEY, INC.**

       Plaintiff,

v.

**ASHLEY ELKIN**

       Defendant.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF SAVILLS STUDLEY INC.'S**
**MOTION FOR PRELIMINARY INJUNCTION**

---

On this day came to be heard Plaintiff's Motion for Preliminary Injunction (the "Motion"). The Court, after considering the Motion, is of the opinion that the Motion should be GRANTED.

The Court makes the following findings of fact and conclusions of law:

1.      Plaintiff has established that it has a strong likelihood of success on the merits of its claims against Defendant. Plaintiff's Verified Complaint demonstrates Defendant has breached and will continue to breach her Employment Agreement; has breached and will continue to breach her fiduciary duty; has stolen, misappropriated, and/or uploaded or exported without authorization, Plaintiff's confidential, proprietary, and trade secret information; and will

continue to retain unauthorized possession of Plaintiff's Company Information, Work Product, and property.

2.      Plaintiff will suffer immediate and irreparable harm which cannot be adequately remedied at law if a preliminary injunction is not granted, and the balance of hardships weigh in favor of Plaintiff.

3.      The public interest favors issuance of a preliminary injunction, which will preserve the status quo pending a trial on the merits.

IT IS HEREBY ORDERED THAT:

a.      Defendant must at all times maintain the confidentiality of all Company Information and Work Product, as defined in her Employment Agreement;

b.      Defendant shall not use or disclose Plaintiff's Company Information or Work Product, including but not limited to the documents and information she uploaded or exported from her Company-issued desktop computer, any Company network, and/or the Savills-Apto Client Database, and any information derived therefrom;

c.      Defendant shall not use, disclose, possess, or benefit from, either directly or indirectly, any of Plaintiff's confidential, proprietary, or trade secret information; and

d.      Defendant must immediately return, within three (3) days of the date of this Order, to Plaintiff all of Plaintiff's Company Information, Work Product, and property she stole, misappropriated, and/or uploaded or exported without authorization.

DATED this _____ day of _____, 2018.


_____
UNITED STATES DISTRICT COURT JUDGE