# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 1:18-cv-02887-CMA-NRN**

SAVILLS STUDLEY, INC.,

    Plaintiff,

v.

ASHLEY ELKIN

    Defendant.

## ENTRY OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Savills Studley, Inc.

DATED at Denver, Colorado this 12th day of November, 2018.

    *s/Kari M. Rollins*
    Kari M. Rollins
    SHEPPARD MULLIN RICHTER & HAMPTON LLP
    30 Rockefeller Plaza
    New York, New York 10112
    Telephone: 212.653.8700
    Fax: 212.653.8701
    Email: krollins@sheppardmullin.com

    *Attorney for Plaintiff Savills Studley, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2018, I electronically filed the foregoing **ENTRY OF APPEARANCE,** with the Clerk of the Court using the CM/ECF.

I further certify that I will serve the Defendant by mail at the following address:

Ashley Elkin
3934 Yates Street
Denver, CO 80212

*s/Kate M. Meade*
Kate M. Meade, Paralegal
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 17th Street, Suite 2200
Denver, CO 80202
303-223-1100; *fax* 303-223-1111

17792314