IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

901 19th Street, Denver, CO 80294-3589

| | |
|---|---|
| **Plaintiff(s)**<br>SAVILLS STUDLEY, INC. | **AFFIDAVIT OF SERVICE** |
| v. | Case #: 18-cv-02887-CMA |
| **Defendant(s)**<br>ASHLEY ELKIN | |

Received on **November 9, 2018 at 9:23 AM**

I, **John Pappas**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein, in the above mentioned case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

On **Tuesday, November 13, 2018**, at **01:57 PM**, I executed service of a SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT WITH EXHIBIT A-D; CIVIL COVER SHEET; PLAINTIFF SAVILLS STUDLEY, INC.'S MOTION FOR PRELIMINARY INJUNCTION; [PROPOSED] ORDER GRANTING PLAINTIFF SAVILLS STUDLEY INC.'S MOTION FOR PRELIMINARY INJUNCTION; CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE; ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION; AMENDED ORDER RE PRELIMINARY INJUNCTION, on ASHLEY ELKIN at 3934 Yates Street, Denver, County of Denver, CO 80212.

By Service by Refusal to: ASHLEY ELKIN

Additional Comments: Surveillance was conducted at the corner of 39th & Yates Street. I had a perfect view of the front porch and front door. At 01:27 pm, a delivery driver dropped off groceries from King Soopers and sat them on the front porch. Ashley Elkin was not seen retrieving these items. At 01:41 pm, a food delivery vehicle pulled up to the home and placed a bag on the front porch as well. At approx. 01:57 pm, I observed Ashley Elkin as she began to exit the front door, creeping and ducking down, wearing her hair back in a pony tail, with a green or black type sweat shirt on. I knew this to be Ms. Elkin, as I have a photo of her. As I approached and parked my vehicle in front of the home, she began to back into the house. By the time I reached the door, she was already back inside, so I knocked on the door, and the large breed "white" curly hared dog started barking and scratching at the door. I announced the subjects name, she did not respond, so I then announced in a loud voice, I was serving her by refusal, they type of papers I was serving and I was placing them on the front porch.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
John Pappas

*Subscribed and sworn to before me by the Affiant who is personally known to me.*

_Tara Aragon_
Notary Public

_November 14, 2018_
Date

Client Reference:
Field Sheet ID: 2804521

TARA ROSE ARAGON
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20174036209
MY COMMISSION EXPIRES AUGUST 29, 2021